UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK MACK MCCLOUD,

    Plaintiff,

v.

PIERCE COUNTY SHERIFF DEPT., et al.,

    Defendants.

CASE NO. C16-5098 BHS-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 28. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Defendant City of Tacoma's Motion to Dismiss (Dkt. 12) is granted, and Defendant City of Tacoma is dismissed from this action.

Dated this 23rd day May, 2016.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER