UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK MACK MCCLOUD,

        Plaintiff,

   v.

PIERCE COUNTY SHERIFF DEPT., PAUL A PASTOR, ALLEN O'NEILL, KAREN DANIELS, CITY OF TACOMA,

        Defendants.

CASE NO. 3:16-CV-05098-BHS-DWC

ORDER

    The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Currently pending is Plaintiff Mark Mack McCloud's "Motion for Production of Documents and Memorandum of Appendice (sic) of Discovery in Support of Objection to Motion!" ("Motion"). Dkt. 32.[1] Additionally, Defendants have filed Motions to

---

[1] There are several other motions pending in this action. Currently pending before the District Judge assigned to this case are: (1) Motion Objecting to Court Ruling (Dkt. 31) and (2) Report and Recommendation (Dkt. 37). Plaintiff's Motion For Leave to File Amended Complaint (Dkt. 40), which will be ready for the Court's consideration on July 8, 2016, is pending before the undersigned.

ORDER - 1

1 | Stay Discovery. Dkt. 39, 41. The Motions to Stay Discovery will be ready for the Court's
2 | consideration on July 1, 2016.
3 |     To allow Plaintiff time to respond to the Motions to Stay Discovery and to decide all
4 | discovery related motions at the same time, the Court directs the Clerk to re-note the Motion for
5 | July 1, 2016.
6 |     Dated this 24th day of June, 2016.

*[signature]*

David W. Christel
United States Magistrate Judge