UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK MACK MCCLOUD,

                Plaintiff,

v.

PIERCE COUNTY SHERIFF DEPT., et al.,

                Defendants.

CASE NO. C16-5098 BHS-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

    This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 37. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Defendants Pastor, Daniels, and Pierce County's Motion to Dismiss is granted;

    (3)    Defendants Daniels, Pierce County Sheriff's Department, and Pierce County Jail are dismissed from this action; and

ORDER - 1

1     (4)    Plaintiff is given leave to file an amended complaint as to claims against Defendants Pastor, Pierce County, and O'Neill only.

Dated this 6th day of July, 2016.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge