UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK MACK MCCLOUD,

    Plaintiff,

v.

PAUL A. PASTOR, et al.,

    Defendants.

CASE NO. C16-5098 BHS-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 56. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Defendants Pastor and Pierce County's Motion to Dismiss (Dkt. 50) is **GRANTED**, and Defendants Pastor and Pierce County are **DISMISSED** from this action.

Dated this 5th day of October, 2016.

BENJAMIN H. SETTLE
United States District Judge

ORDER